[No. 2640-1.   Division One.   October 21, 1974.]

CEDRIC F. MORRISON, SR., *Appellant*, v. SPARKMAN & McLEAN
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King

County, No. 761443, Horton Smith, J., entered April 13, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Callow, JJ.